# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0976. FLOYD FRANKLIN GENTRY, JR. v. GORDON COUNTY SHERIFF'S OFFICE et al.

Floyd Franklin Gentry, Jr. filed an action against the Gordon County Sheriff's Office and other defendants seeking to recover damages for the alleged murder of his father by the defendants. The defendants filed a motion for judgment on the pleadings, which the trial court granted on December 29, 2023. Gentry filed a notice of appeal on November 18, 2024, and the defendants have filed a motion to dismiss the appeal, arguing that it is untimely. We agree.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Here, Gentry filed his notice of appeal 325 days after entry of the order he seeks to challenge. Because we lack jurisdiction to consider this untimely appeal, defendants' motion to dismiss is hereby GRANTED, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.